# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Craig, Carla E. | U.S. Bankruptcy Court, E.D.N.Y | 8/3/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kidspirit Magazine |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | -partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | | Tuition obligation | K |
| 3. | | Tuition obligation | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | B | Interest | N | T | | | | | |
| 2. J.P. Morgan Money Market | C | Interest | O | T | | | | | |
| 3. JP Morgan High Yield Bond Fund 3580 | D | Dividend | N | T | | | | | |
| 4. JPM TR I Tax Aware Real Return Fund | C | Dividend | N | T | Buy | 09/15/11 | N | | |
| 5. JPM US Real Estate Income and Growth Direct LP | B | Int./Div. | P1 | T | Buy | 07/01/11 | O | | |
| 6. | D | Rent | | | Buy (add'l) | 10/25/11 | O | | |
| 7. | D | Distribution | | | | | | | |
| 8. JPM Floating Rate Income Fund | D | Dividend | O | T | Buy | 09/15/11 | N | | |
| 9. Global Access Macro LLC | D | Int./Div. | O | T | Buy | 03/29/11 | N | | |
| 10. | E | | | | | | | | |
| 11. JP Morgan Asia Equity Fund 1134 | A | Dividend | L | T | | | | | |
| 12. JP MorganTR I Fund 992 | B | Interest | M | T | | | | | |
| 13. JP Morgan International Currency Income Fund | C | Dividend | L | T | | | | | |
| 14. JP Morgan Strategic Income Opportunites Fund 3844 | C | Dividend | M | T | | | | | |
| 15. American Century Equity Income Fund 123 | C | Dividend | M | T | | | | | |
| 16. JP Morgan JPM 12M SPX Bren (Structured Note) | | None | | | Redeemed | 04/28/11 | L | D | |
| 17. CS 1YR Commodity CPN Note (Structured Note) | | None | | | Redeemed | 04/21/11 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GS 18M SPX Call Buff EQ Note (Structured Note) | | None | | | Redeemed | 11/21/11 | L | D | |
| 19. BNP Bren Asia Basket 7/22/11 (Structured Note) | | None | | | Redeemed | 07/22/11 | L | D | |
| 20. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 21. Fidelity Spartan NY Muni Income | A | Dividend | M | T | | | | | |
| 22. Nassau Co NY Interim Fin Auth Bonds 5% 11/15/2011 | D | Interest | | | Sold | 11/15/11 | | | |
| 23. New York State Ser A GO N/C Bonds 4% 3/15/2011 | B | Interest | | | Sold | 03/15/11 | | | |
| 24. New York St Environmental FACS 5% 3/15/2011 | B | Interest | | | Sold | 03/15/11 | | | |
| 25. New York St Twy Auth Svc 5.5% 4/1/2011 | B | Interest | | | Sold | 04/01/11 | | | |
| 26. iShares MSCI Emerging Markets Index | A | Dividend | | | Sold (part) | 10/07/11 | | | |
| 27. | | | | | Sold (part) | 11/09/11 | J | | |
| 28. | | | | | Sold | 12/12/11 | J | | |
| 29. iShares Dow Jones US Oil & Gas | A | Dividend | M | T | Buy (add'l) | 02/01/11 | M | | |
| 30. | | | | | Buy (add'l) | 08/01/11 | M | | |
| 31. | | | | | Buy (add'l) | 11/01/11 | M | | |
| 32. | | | | | Sold (part) | 01/03/11 | M | D | |
| 33. | | | | | Sold (part) | 01/06/11 | J | A | |
| 34. | | | | | Sold (part) | 06/01/11 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/06/11 | J | | |
| 36. | | | | | Sold (part) | 09/01/11 | M | | |
| 37. iShares Mexico | A | Dividend | | | Sold (part) | 01/03/11 | M | D | |
| 38. | | | | | Sold | 01/06/11 | J | A | |
| 39. iShares Russell 2000 Growth Index | A | Dividend | | | Buy | 03/01/11 | M | | |
| 40. | | | | | Sold (part) | 01/03/11 | M | D | |
| 41. | | | | | Sold (part) | 01/06/11 | J | A | |
| 42. | | | | | Sold | 04/01/11 | J | | |
| 43. iShares MSCI Malaysia Index | | None | | | Buy | 07/01/11 | M | | |
| 44. | | | | | Sold | 08/01/11 | M | | |
| 45. iShares Dow Jones US Basic Materials | A | Dividend | | | Buy | 01/03/11 | M | | |
| 46. | | | | | Sold | 03/01/11 | M | B | |
| 47. iShares Barclays 20+ years Treasury | B | Dividend | M | T | Buy | 08/01/11 | M | | |
| 48. iShares DJ US Utilities | B | Dividend | M | T | Buy | 09/01/11 | M | | |
| 49. Aquila Three Peaks High Income Inst. | B | Dividend | M | T | Buy | 09/16/11 | K | | |
| 50. | B | | | | Buy (add'l) | 11/09/11 | L | | |
| 51. | | | | | Buy (add'l) | 11/16/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Artisan Midcap Value | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 53. | A | | | | Buy (add'l) | 10/24/11 | J | | |
| 54. | | | | | Sold (part) | 11/09/11 | L | D | |
| 55. | | | | | Sold (part) | 12/15/11 | J | A | |
| 56. Blackrock Global Allocation A | A | Dividend | K | T | Buy (add'l) | 10/24/11 | J | | |
| 57. | | | | | Sold (part) | 12/15/11 | J | A | |
| 58. | | | | | Sold (part) | 12/19/11 | J | A | |
| 59. Blackrock Global Allocation I | D | Dividend | N | T | Buy (add'l) | 02/04/11 | K | | |
| 60. | C | | | | Buy (add'l) | 03/24/11 | K | | |
| 61. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 62. | | | | | Sold (part) | 12/19/11 | J | C | |
| 63. Fidelity Floating Rate High Income | C | Dividend | M | T | Buy | 01/27/11 | L | | |
| 64. | | | | | Buy (add'l) | 02/04/11 | K | | |
| 65. | | | | | Buy (add'l) | 11/09/11 | L | | |
| 66. | | | | | Buy (add'l) | 11/15/11 | K | | |
| 67. | | | | | Buy (add'l) | 11/16/11 | K | | |
| 68. | | | | | Buy (add'l) | 12/14/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/16/11 | K | | |
| 70. Fidelity Low Priced Stock | B | Dividend | M | T | Sold (part) | 07/26/11 | K | D | |
| 71. | E | | | | Sold (part) | 11/09/11 | L | D | |
| 72. Fidelity Mega Cap Stock | B | Dividend | N | T | Buy | 07/25/11 | L | | |
| 73. | | | | | Buy (add'l) | 07/26/11 | L | | |
| 74. | | | | | Buy (add'l) | 08/16/11 | K | | |
| 75. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 76. | | | | | Buy (add'l) | 12/13/11 | M | | |
| 77. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 78. Fidelity New Markets Income | B | Dividend | | | Sold (part) | 11/09/11 | K | C | |
| 79. | | | | | Sold | 12/14/11 | J | C | |
| 80. Hartford Healthcare Fund(x) | | None | K | T | Sold (part) | 11/09/11 | K | B | |
| 81. | | | | | Sold (part) | 12/20/11 | J | | |
| 82. Hartford Healthcare Fund I(x) | | None | M | T | | | | | |
| 83. PIMCO All Asset Fund Adm Class | B | Dividend | K | T | Buy | 11/09/11 | K | | |
| 84. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 85. Primecap Odyssey Aggressive Growth | A | | K | T | Sold (part) | 07/26/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | | | | Sold (part) | 11/09/11 | M | E | |
| 87. Primecap Odyssey Growth | | None | | | Sold (part) | 03/15/11 | L | D | |
| 88. | | | | | Sold | 09/27/11 | M | D | |
| 89. Primecap Odyssey Stock | B | Dividend | L | T | Buy | 09/27/11 | M | | |
| 90. | | | | | Sold (part) | 11/28/11 | K | A | |
| 91. Vanguard Dividend Growth | D | Dividend | N | T | Buy (add'l) | 02/04/11 | K | | |
| 92. | | | | | Buy (add'l) | 08/17/11 | J | | |
| 93. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 94. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 95. | | | | | Sold (part) | 03/15/11 | L | D | |
| 96. | | | | | Sold (part) | 07/25/11 | K | A | |
| 97. Vanguard GNMA Admiral | D | Dividend | | | Buy (add'l) | 05/17/11 | J | | |
| 98. | | | | | Sold | 11/15/11 | N | D | |
| 99. Vanguard Intermediate Term Investment Grade (VFICX) | C | Dividend | L | T | Sold (part) | 11/09/11 | J | | |
| 100. | A | | | | | | | | |
| 101. Vanguard Intermediate Term Investment Grade (VFIDX) | D | Dividend | M | T | | | | | |
| 102. | C | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Limited Term Tax Exempt | C | Dividend | O | T | Buy (add'l) | 04/19/11 | M | | |
| 104. | | | | | Buy (add'l) | 11/15/11 | N | | |
| 105. | | | | | Sold (part) | 02/04/11 | L | B | |
| 106. Vanguard Midcap Index (VMISX) | A | Dividend | | | Sold | 12/13/11 | M | | |
| 107. Vanguard Midcap Value Index (VMIDX) | A | Dividend | | | Sold | 11/11/11 | J | A | |
| 108. Vanguard Short Term Invst Grade (VFSTX) | A | Dividend | K | T | Buy | 11/09/11 | K | | |
| 109. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 110. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 111. Vanguard short Term Investment Grade (VFSUX) | A | Dividend | N | T | Buy | 11/09/11 | M | | |
| 112. | | | | | Buy (add'l) | 11/10/11 | K | | |
| 113. | | | | | Buy (add'l) | 11/28/11 | L | | |
| 114. iShares MSCI Germany Index (EWG) | | None | | | Buy | 05/02/11 | M | | |
| 115. | | | | | Buy (add'l) | 07/01/11 | M | | |
| 116. | | | | | Sold (part) | 06/01/11 | M | | |
| 117. | | | | | Sold | 08/01/11 | M | | |
| 118. iShares MSCI Austria Investable Market (EWO) | | None | | | Buy | 01/03/11 | M | | |
| 119. | | | | | Sold | 02/01/11 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares MSCI South Korea ETF (EWY) | A | Dividend | | | Buy | 04/01/11 | M | | |
| 121. | | | | | Buy (add'l) | 06/01/11 | M | | |
| 122. | | | | | Buy (add'l) | 08/01/11 | M | | |
| 123. | | | | | Sold (part) | 05/02/11 | M | D | |
| 124. | | | | | Sold (part) | 07/01/11 | M | | |
| 125. | | | | | Sold (part) | 07/07/11 | J | A | |
| 126. | | | | | Sold | 09/01/11 | M | | |
| 127. iShares Barclays 7-10 Year Treasury Bond Fund (IEF) | A | Dividend | | | Buy | 09/01/11 | M | | |
| 128. | | | | | Sold | 11/01/11 | M | | |
| 129. iShares S&P North American Natural Resouces Sec Index (IGE) | A | Dividend | | | Buy | 01/03/11 | M | | |
| 130. | | | | | Sold (part) | 05/02/11 | M | E | |
| 131. | | | | | Sold | 05/05/11 | J | | |
| 132. iShares Dow Jones US Healthcare (IHF) | A | Dividend | | | Buy | 05/02/11 | M | | |
| 133. | | | | | Sold (part) | 08/01/11 | M | | |
| 134. | | | | | Sold | 08/04/11 | J | | |
| 135. iShares Dow Junes US Telecom (IYZ) | A | Dividend | | | Buy | 06/01/11 | M | | |
| 136. | | | | | Sold (part) | 07/01/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/07/11 | J | A | |
| 138. iShares Barclays TIPS Bond Fund (TIP) | A | Dividend | | | Buy | 09/01/11 | M | | |
| 139. | | | | | Sold | 10/03/11 | M | A | |
| 140. Vanguard Capital Value Investment (VCVLX) | | None | | | Buy | 03/15/11 | M | | |
| 141. | | | | | Sold (part) | 07/25/11 | K | | |
| 142. | | | | | Sold (part) | 08/16/11 | K | | |
| 143. | | | | | Sold | 08/17/11 | J | | |
| 144. Vanguard MSCI Emerging Markets ETP (VWO) | | None | | | Buy | 10/07/11 | K | | |
| 145. | | | | | Sold | 11/09/11 | K | B | |
| 146. E-Trade f/k/a WIT Capital | | None | J | T | | | | | |
| 147. ▓▓▓▓ Capital Account (law firm) | E | Interest | P1 | U | | | | | |
| 148. NY College Savings Program | | None | K | T | | | | | |
| 149. -Moderate Age Based Income Option Portfolio | | | | | | | | | |
| 150. NY College Savings Program | | None | K | T | | | | | |
| 151. -Moderate Age Based Option Conservative Growth Portfolio | | | | | | | | | |
| 152. Vanguard Educational IRA | | None | K | T | | | | | |
| 153. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Educational IRA | | None | K | T | | | | | |
| 155. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 156. Putnam Invesments College Fund | | None | K | T | | | | | |
| 157. -Collegeadv Growth AX | | | | | | | | | |
| 158. Putnam Investments College Fund | | None | K | T | | | | | |
| 159. -Collegeadv Growth AX | | | | | | | | | |
| 160. B & McG Holdings | | None | M | T | | | | | |
| 161. -Liberty Square | | | | | | | | | |
| 162. -Shelter Venture Fund | | | | | | | | | |
| 163. Special Situations Technology Fund, L.P. | A | Interest | P1 | U | | | | | |
| 164. | C | Dividend | | | | | | | |
| 165. | G | | | | | | | | |
| 166. Crestmount Partners LLP | | None | | | Redeemed | 01/01/11 | O | F | |
| 167. ▨ Savings Plan | | None | P1 | T | Buy (add'l) | 12/31/11 | K | | |
| 168. -Wells Fargo Money Mkt Fund (x) | | | | | | | | | |
| 169. -Merck common stock | | | | | | | | | |
| 170. -Pfizer common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   Cash Balance Plan | | None | M | T | Buy (add'l) | 12/31/11 | L | | |
| 172.   Thrift Plan | | None | N | T | Buy (add'l) | 12/31/11 | K | | |
| 173.   Partners Pension Plan | | None | M | T | Buy (add'l) | 12/31/11 | L | | |
| 174.   Supplemental Retirement Fund | | None | P1 | T | | | | | |
| 175. -Hancock-Tremont Opportunity Insurance Fund | | | | | | | | | |
| 176. -Hancock-Pimco Vit All Asset Portfolio | | | | | | | | | |
| 177. -Hancock-American International | | | | | | | | | |
| 178. -Hancock-Real Return Bond | | | | | | | | | |
| 179. -Hancock-International Opportunities | | | | | | | | | |
| 180. -Hancock-American Growth | | | | | | | | | |
| 181. -Hancock-Real Estate Securities | | | | | | | | | |
| 182. -Hancock-Natural Resources | | | | | | | | | |
| 183. -Hancock-BlueChip Growth | | | | | | | | | |
| 184. -Hancock-Money Market B | | | | | | | | | |
| 185. -Prudential-Jennison | | | | | | | | | |
| 186. -SP PrudentialUS Emerging Growth | | | | | | | | | |
| 187. -Prudential-Business Opp. Value Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Prudential-Value Fund | | | | | | | | | |
| 189.  -Prudential-Diversified Bond | | | | | | | | | |
| 190.  -Prudential-AST Small CapValue | | | | | | | | | |
| 191.  -PrudentialGoldman Sachs Structured Small Cap | | | | | | | | | |
| 192.  -Prudential-AST Marisco Cap Growth | | | | | | | | | |
| 193.  -Prudential-T. Rowe Price International | | | | | | | | | |
| 194.  -Prudential-American Century VP Value | | | | | | | | | |
| 195.  -Prudential-Dreyfus Midcap Stock | | | | | | | | | |
| 196.  -Prudential-Money Market | | | | | | | | | |
| 197.  -Titan Legacy Fund | | | | | Sold | | | | |
| 198.  -BlackrockMulti MgrIns DedPartners | | | | | | | | | |
| 199.  -Prudential-AST Large Cap | | | | | | | | | |
| 200.  -Fidelity VIP Money Market Portfoliio | | | | | | | | | |
| 201.  -500 Index B | | | | | Sold | | | | |
| 202.  -AST Pimco Total Return Bond Portfolio Values | | | | | | | | | |
| 203.  -Common Sense Partners-IDF LP Values | | | | | | | | | |
| 204.  -Dreyfus Stock Index | | | | | Sold | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Janus Overseas Portfolio Values | | | | | | | | | |
| 206. -M Capital Appreciation Fund | | | | | | | | | |
| 207. -M International Equity Fund | | | | | | | | | |
| 208. -M Large Cap Growth Fund | | | | | | | | | |
| 209. -Small Capitalization Stock Values | | | | | Sold | | | | |
| 210. -Stock Index Fund | | | | | Sold | | | | |
| 211. -Prudential High Yield Bond Portfolio | | | | | Buy | | | | |
| 212. -PIMCO VIT Commodity Real Return Admin Class | | | | | Buy | | | | |
| 213. -DWS Small Cap Index VIP Class B | | | | | Buy | | | | |
| 214. -DWS Small Cap Value VIP Class B | | | | | Buy | | | | |
| 215. -BlackRock Value Opportunities V.I. Fund Class I | | | | | Buy | | | | |
| 216. -Fidelity VIP Contrafund Portfolio Initial Class | | | | | Buy | | | | |
| 217. -Fidelity VIP Overseas Portfolio Initial Class | | | | | Buy | | | | |
| 218. -Franklin Global Real Estate Securities Fund Class 1 | | | | | Buy | | | | |
| 219. -MFS Value Portfolio I Class | | | | | Buy | | | | |
| 220. -PIMCO All Asset Portfolio Administrative | | | | | Buy | | | | |
| 221. -T. Rowe Price Equity Income Portfolio | | | | | Buy | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Special Situations III | A | Interest | | | Distributed | 06/27/11 | J | | |
| 223. | B | | | | | | | | |
| 224. Special Situation Fund III QP, LLP | B | Int./Div. | N | U | | | | | |
| 225. | G | | | | | | | | |
| 226. Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 227.   Group Trust | | None | N | T | Buy (add'l) | 12/31/11 | J | | |
| 228. -Blackrock Asia Pacific Partners (Offshore) Ltd | | | | | | | | | |
| 229. -Cedar Bridge Institutional Fund LP | | | | | Redeemed (part) | | J | | |
| 230. -Cognis I Fund LP | | | | | Redeemed (part) | | J | | |
| 231. -Conatus Capital Overseas Ltd | | | | | Redeemed | | J | | |
| 232. -Daedalus Offshore | | | | | Redeemed | | J | | |
| 233. -Fore Multi-Strategy Offshore Fund Ltd | | | | | | | | | |
| 234. -Glazer Offshore Fund, Ltd. | | | | | Buy | | J | | |
| 235. -Golden Tree Offshore Fund Ltd | | | | | Redeemed (part) | | J | | |
| 236. -Highfields Capital IV LP | | | | | | | | | |
| 237. -Hudson Bay Overseas Fund Ltd | | | | | | | | | |
| 238. -Indus Asia Pacific Fund Ltd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Indus Asia Pacific Distribution Holding Co. Ltd | | | | | | | | | |
| 240. -Lakeview Opportunity Fund Ltd. | | | | | | | | | |
| 241. -Lone Dragon Pine LP | | | | | | | | | |
| 242. -Lone Pinion Ltd. | | | | | | | | | |
| 243. -Lone Spruce LP | | | | | | | | | |
| 244. -Malta Offshore, Ltd. | | | | | Buy | | J | | |
| 245. -Manatuck Hill Navigator Offshore Fund, Inc. | | | | | Buy | | J | | |
| 246. -Millenium International Ltd | | | | | Redeemed (part) | | J | | |
| 247. -MKP Opportunity Offshore Ltd | | | | | | | | | |
| 248. -OSS Overseas LTD | | | | | Redeemed (part) | | J | | |
| 249. -Pennant Onshore Partners LP | | | | | | | | | |
| 250. -Pennant Windward Ltd | | | | | | | | | |
| 251. -Ramius Lehman International SPV | | | | | Redeemed (part) | | J | | |
| 252. -Restoration Offshore Fund LTD | | | | | | | | | |
| 253. -Seer Capital Partners Offshore Fund Ltd. | | | | | Buy | | J | | |
| 254. -Seix Credit Opportunities Offshore Fund Ltd | | | | | | | | | |
| 255. -Spruce Absolute Return Fund (Offshore) Ltd. | | | | | Buy (add'l) | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Spruce Global Equity Fund (Offshore) Ltd | | | | | Buy (add'l) | | J | | |
| 257. -Spruce Real Assets Fund (Offshore) Ltd | | | | | Buy (add'l) | | J | | |
| 258. -Sunbeam Opportunities Offshore SA | | | | | | | | | |
| 259. -ValueAct Small Cap International LP | | | | | Redeemed (part) | | J | | |
| 260. -Vanguard Short Term Investment Grade Fund | | | | | | | | | |
| 261. -Woodbine Capital Fund Ltd | | | | | | | | | |
| 262. -York Total Return Unit Trust | | | | | | | | | |
| 263. -Money Market Fund | | | | | | | | | |
| 264. AutoNation common stock | None | | K | T | | | | | |
| 265. Akami Technology common stock | None | | J | T | | | | | |
| 266. MooreAcre/Blackacre         REIT | None | | J | T | | | | | |
| 267. MooreAcre/Blackacre         Inc. REIT | None | | J | T | | | | | |
| 268. BCM/CHI Eden Roc, Inc. REIT | None | | J | T | | | | | |
| 269. BCM/CHI Kapalua, Inc. REIT | None | | J | T | | | | | |
| 270. CollegeBound Fund (Alliance-RI) | None | | K | T | | | | | |
| 271. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 272. CollegeBound Fund (Alliance-RI) | None | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 8/3/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273.  -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 274.  Prudential Money Market | None | J | T | | | | | | |
| 275.  Northwestern Mutual Whole Life Ins. Policy | None | M | T | | | | | | |
| 276.  Mt. Kellett Capital Partners II LP | None | P1 | T | Buy | 06/14/11 | O | | | |
| 277. | | | | | Buy (add'l) | 08/08/11 | M | | |
| 278. | | | | | Buy (add'l) | 09/02/11 | L | | |
| 279. | | | | | Buy (add'l) | 06/30/11 | M | | |
| 280. | | | | | Buy (add'l) | 12/22/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, where column B1 is filled in, and column B2 is left blank, this indicates that the income in question is capital gains.

Part VII. Lines 80-82-Hartford Global Health, reported on my 2010 Financial Disclosure Report at lines 77-78, was divided into two funds in 2011, Hartford Healthcare Fund and Hartford Healthcare Fund I. It is my understanding that this did not constitute a sale or other disposition.

Part VII, Line 167        Savings Plan-the investment in the        Savings Plan is partly invested in the securities shown on the report and partially in the        Group Trust.

Part VII, Lines 171-173-the        Cash Balance Plan and Partners Pension Plan are invested in the same manner as the        Group Trust. The        Thrift Plan is partially invested in the        Group Trust and partially in a money market fund.

Part VII, lines 278-263 -        Group Trust

In years prior to 2009, I reported the investment allocations in the        Group Trust because        was a member of the committee that guided investments in that Trust. During 2009,        was not a member of the firm, nor was        a member of that that investment committee, and had no control over the financial interests in that Trust. Therefore, because the        Group Trust is a Widely Held Investment Fund (see Filing Instructions, p. 55), I did not report the individual assets owned by that Trust for 2009. On January 19, 2010, he rejoined        and rejoined the firm's investment committee. For this reason, I have reported the assets owned by the Trust for 2011.

With respect to the        Group Trust and the        Supplemental Retirement Fund (Part VII, Lines 174-221), these are retirement plans in which        has an interest, and which were established by the law firm of which        is a member. Each of these is an aggregate ownership arrangement, and therefore I have reported the gross value of his interest in each of these plans, and have also reported the assets within the aggregate ownership arragement. From time to time,        interest in these aggregate ownership arrangements may be reallocated to different assets, either at        direction (in the case of the        Supplemental Retirement Plan), or because the plan purchases or sells investments. I have reported these reallocations as purchases and sales, though they are not actually purchases or sales        There is no gain or loss to        resulting from these reallocations, and therefore I have left this column blank. I do not know the dates in 2011 on which these reallocations occurred, so I have left this column blank.

With respect to the        Group Trust, the        Savings Plan, the        Thrift Plan, the        Partners' Pension Plan, and the        Cash Balance Plan, I do not know the date on which        made        annual contributions to those plans, so I have reported those transactions as year end 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544